IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATRICK LAMAR ADGER, ) | |
| ID # 13039765, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:14-CV-1769-K-BH |
| ) | |
| GARY FITZSIMMONS, et al. ) | |
|     Defendants. ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND STAYING PART OF CASE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, all of Plaintiff's claims will be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), except for his claims against Officer Eric Barnes for unlawful arrest and slanderous statements made after May 5, 2014, which are hereby **STAYED**.

This case is **ADMINISTRATIVELY CLOSED**. The Clerk is hereby directed to submit a JS-6 form to the Administrative Office, removing this case from the statistical records. Notwithstanding this closure, the Court retains jurisdiction, and nothing in this order shall be considered a dismissal or disposition of this case. The case may be

reopened if the plaintiff moves to reopen these claims after the pending state criminal charges have been resolved. Any motion to reopen must be filed within the statutory period of limitations for the plaintiff's claims, or within sixty days of the date that the pending state criminal charges have been resolved, whichever date is later.

SO ORDERED.

Signed May 19th, 2015.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE